FILED
3/30/15 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No.  10-28606TPA |
| Abigale L. Miller | : |
| | : Adversary No. |
| | : |
| | : Related to Docket No.  145, 163, 190, 241, 343, 389, 397, & 407 |
| | : |
| | : Expedited Request |
| | : |

**NOTICE OF TRANSCRIPT ORDER
WITH COMPLETION DATE**

Kristen Howard has ordered transcript(s) for hearings held on the date(s) listed below:

     December 1, 2011; April 5, 2012; October 12, 2012; March 22, 2013; September 12, 2013; October 17, 2013; December 12, 2013; December 23, 2013

The transcript is being prepared by Writer's Cramp Inc.  The estimated completion for this transcript is April 7, 2015.

                                            Michael R. Rhodes, Clerk
                                            United States Bankruptcy Court

Date: 3/30/2015                                    By:      /s/ Felicia Jackson
                                                                   ECRO

#61-M