IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Abigale L. Miller,   :   Case No. 10-28606-TPA

Debtor   :   Chapter 11

FILED
4/8/15 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## CERTIFICATION OF TRANSCRIPT

AND NOW, this 7th day of April, 2015, it is hereby CERTIFIED that the accompanying transcript of the proceeding held on December 23, 2013 in regards to, the Expedited Motion for Final Decree and to Grant a Discharge at Document No. 398, In the above captioned matter is the official transcript of record. This Certification is preliminary and the transcript is subject to appropriate correction following a complete review of its content by the Court.

Thomas P. Agresti, Judge
United States Bankruptcy Judge

```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA


                                      .
 IN RE:                               .    Chapter 11
                                      .
 Abigale L. Miller,                   .
                                      .
          Debtor.                     .    Bankruptcy #10-28606 (TPA)
 ..........................................................

                 U.S. Steel Tower, 54th Floor
                       600 Grant Street
                     Pittsburgh, PA 15219
                      December 23, 2013
                         10:01 a.m.


    TRANSCRIPT OF EXPEDITED MOTION FOR FINAL DECREE AND TO GRANT A
                             DISCHARGE
              BEFORE THE HONORABLE THOMAS P. AGRESTI
                  UNITED STATES BANKRUPTCY JUDGE



  APPEARANCES:

  For The Debtor:                David Z. Valencik, Esq.
                                 Calaiaro & Corbett, PC
                                 310 Grant Street-Ste. 1105
                                 Pittsburgh, PA 15219

  Audio Operator:                Janet Heller

  Transcribing Firm:             Writer's Cramp, Inc.
                                 63 Dakota Drive
                                 Hamilton, NJ 08619
                                 609-588-8043


  Proceedings recorded by electronic sound recording, transcript
  produced by transcription service.
```

2

1          THE COURT:  Good morning.  Please be seated.  All
2  right.  This is the time set for our 10 o'clock calendar.  I
3  think we'll take the Abigale Miller matter first in Pittsburgh
4  since it's probably going to take a little less time.  This is
5  the matter of Abigale L. Miller, 10-28606.  We have an
6  Expedited Motion for Final Decree.  And with that, we'll take
7  appearances in Pittsburgh.  Mr. Valencik?
8          MR. VALENCIK:  David Valencik of Calaiaro & Corbett
9  for the Debtor, Your Honor.
10          THE COURT:  Good morning.  Do we have anybody else
11  in this matter interested?  All right, hearing none, we'll --
12  Mr. Valencik, do you want to tell me where we are on --
13          MR. VALENCIK:  Your Honor, we filed --
14          THE COURT:  -- the Miller matter.
15          MR. VALENCIK:  We filed this expedited Motion for a
16  Final Decree and for Discharge.  The Debtor has made all
17  payments to the Unsecured Creditors, all payments to the
18  Priority Creditors.  There is one payment that was returned to
19  our office for an improper address.  Mr. Calaiaro and I are
20  looking to get the proper address and get that payment made.
21  Other than that --
22          THE COURT:  Okay.
23          MR. VALENCIK:  -- we believe that this Debtor is
24  ready for the issuance of a Final Decree.  There's no further
25  matters that need taken care of in this case.  And because

3

```
 1   she's made all the payments, at this time we'd also ask for
 2   her discharge under 1141.
 3          THE COURT:  Okay, tell me, the returned check, was
 4   that an Unsecured Creditor?
 5          MR. VALENCIK:  It was an Unsecured Creditor, Your
 6   Honor.
 7          THE COURT:  All right.  I assume you're going to --
 8   and how much was that for?
 9          MR. VALENCIK:  I believe it was only for a few
10   hundred dollars.
11          THE COURT:  All right, well, I'm going to rely on
12   you to get that taken care of, make sure that person's paid.
13   Dig in the weeds and find out who that money belongs to, okay?
14          MR. VALENCIK:  We  will, Your Honor.
15          THE COURT:  All right, and you've had no objections
16   to the Final Decree?
17          MR. VALENCIK:  There have been no objections, Your
18   Honor.
19          THE COURT:  All right.  I see she's advertising in
20   the big publications, so she's probably anxious to get going I
21   assume, right?
22          MR. VALENCIK:  Correct.
23          THE COURT:  Okay.  All right, okay.  Well, you know,
24   we finally got to this point after 3½ years and a lot of
25   blood, sweat, and tears, literally, from her part a couple
```

4

```
 1   times and theirs.
 2            MR. VALENCIK:  Correct, Your Honor.
 3            THE COURT:  I'm sure she's happy to be done with the
 4   process and I'm happy to see that she's made it through, and
 5   she's paid all her creditors 100%.  Hopefully she doesn't get
 6   in the same bind she got into beforehand, but now that she's
 7   making all this money in the world of entertainment.
 8            MR. VALENCIK:  Well, and she knows she can always
 9   call us to help her stay out of this trouble.  So --
10       (Laughter)
11            THE COURT:  I'm sure she doesn't want to come back
12   to my Court, though, does she?
13            MR. VALENCIK:  She'd like to stay out of bankruptcy
14   as long as possible, Your Honor.
15            THE COURT:  Very good.  All right, well, I wish her
16   well.
17            MR. VALENCIK:  Thank you, Your Honor.
18            THE COURT:  The Order is signed.  All right, thank
19   you.
20            MR. VALENCIK:  Thank you.
21       (Court adjourned)
22
23
24
25
```

```
                                                                        5
 1                            CERTIFICATION
 2   I certify that the foregoing is a correct transcript from the
 3   electronic sound recording of the proceedings in the above-
 4   entitled matter.
 5
 6
 7   [signature: Lewis Parham]                            4/7/15
 8
 9   _____                    _____
10   Signature of Transcriber                              Date
```